DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**I.M.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D19-1142

[August 19, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 2015-2708 CJ DP.

Jennifer Barbookles, for appellant.

Ashley Moody, Attorney General and Carolyn Schwarz, Assistant Attorney General for appellee Department of Children and Families.

Thomasina Moore, Statewide Director of Appeals and Samantha Costas Valley, Senior Attorney, Appellate Division for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***